## M. P. SMITH & SONS CO. v. B. KORONSKY & SON.

(Supreme Court, Appellate Term.   June 24, 1910.)

COURTS (§ 190*)—MUNICIPAL COURT—PROCESS—SERVICE ON MANAGING AGENT.
     In an action in the Municipal Court against a corporation, wherein
service of summons is claimed to have been made on a managing agent,
if there is no competent proof of such agency, a judgment for plaintiff
will be reversed on appeal taken under Municipal Court Act (Laws 1902,
c. 580) § 311.
     [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190;* Appeal and
Error, Cent. Dig. §§ 103, 3379½.]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the M. P. Smith & Sons Company against B. Koronsky
& Son.   From a judgment for plaintiff, defendant appeals.   Reversed.

Argued before SEABURY, GUY, and BIJUR, JJ.

Horace London, for appellant.
McFarland, Taylor & Costello, for respondent.

SEABURY, J.   This appeal is taken under section 311 of the
Municipal Court act (Laws 1902, c. 580), upon the ground that the
defendant was not served with a summons.   The plaintiff claims that
service was made upon one Louis Silverman, managing agent of the
defendant corporation.   The weakness of the plaintiff's position is
that there is no competent proof presented to show that Silverman was
the managing agent of the defendant.

The judgment is reversed, and the complaint is dismissed, with
costs.   All concur.